GEORGE LLOYD (CLAIMANT) v. ADDIE BONEY LETSON AND HUSBAND, WILLIAM RALPH LETSON (OWNERS).

(Filed 20 March, 1957.)

APPEAL by defendants from *Paul, J.,* November 1956 Term of ONSLOW.

Plaintiff seeks payment for materials alleged to have been purchased by defendants for the construction of a motel in Jacksonville and to impose a lien on defendants' property on which the motel was constructed.

Defendants admitted purchasing materials to the amount of $23.80 for which they tendered payment.  They denied purchasing any other materials and allege that the motel was constructed under a contract with one Kelly, and if in fact plaintiff furnished any materials entering into the construction of the motel other than the $23.80, the materials were sold and delivered to contractor Kelly and not to defendants. Judgment was entered on the verdict and defendants appeal.

*Beasley & Stevens for plaintiff appellee.*
*Jones, Reed & Griffin for defendant appellants.*

PER CURIAM.  The liability of defendants was made to depend on the answer to the question: Who purchased plaintiff's goods—defendants, as asserted by plaintiff, or Kelly, the contractor, as asserted by defendants?  The jury answered the issue submitted to it in accord with the contention of plaintiff.  Scrutiny of the record and briefs fails to disclose error of any legal questions justifying discussion.

No error.